UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                                    )
In re F5 NETWORKS, INC. DERIVATIVE    )    No. C06-794RSL
LITIGATION                                                    )
                                                                    )    ORDER REQUESTING
                                                                    )    BRIEFING SCHEDULE
_____)

   This matter comes before the Court *sua sponte*. On October 2, 2006, the Court entered a "Stipulation and Order Consolidating Cases for All Purposes, Appointing Lead Plaintiff and Lead Counsel, and Setting Schedule for Filing of Consolidated Complaint" (Dkt #37). Paragraph 9 of the October 2, 2006 order stated: "The Court shall schedule a status conference as soon as practicable after the Consolidated Complaint is served and filed to discuss a schedule for briefing motions directed at the Consolidated Complaint." In place of the status conference, by February 5, 2007, the parties shall jointly submit a proposed briefing schedule for motions directed at the Consolidated Complaint.

   DATED this 5th day of January, 2007.

                                                           /s/ Robert S. Lasnik
                                                           Robert S. Lasnik
                                                           United States District Judge

ORDER REQUESTING
BRIEFING SCHEDULE