UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
In re F5 NETWORKS, INC. DERIVATIVE )   No. C06-794RSL
LITIGATION                         )
                                   )   ORDER ESTABLISHING
                                   )   BRIEFING SCHEDULE
_____)

This matter comes before the Court on the parties' "Joint Motion to Establish Briefing Schedule" (Dkt. #45). Having reviewed both Defendants' and Plaintiffs' proposals, the Court sets the following briefing schedule:

| | |
|---|---|
| Deadline For Filing Demand Futility Motions: | **February 28, 2007** |
| Responses To Demand Futility Motions Due: | **April 2, 2007** |
| Replies On Demand Futility Motions Due: | **April 18, 2007** |
| Deadline For Filing Other Dismissal Motions: | **45 Days From The Date Of The Court's Ruling On Demand Futility** |

DATED this 6th day of February, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ESTABLISHING
BRIEFING SCHEDULE