UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                       )
In re F5 NETWORKS, INC. DERIVATIVE     )    Master File No. C06-794RSL
LITIGATION.                            )
                                       )    ORDER DENYING AS MOOT
                                       )    PLAINTIFFS' REQUEST TO FILE
                                       )    SUPPLEMENTAL MATERIAL
                                       )
_____)

This matter comes before the Court on plaintiffs' "Motion for Leave to File Material for Consideration with Plaintiffs' Opposition to Motion to Dismiss" (Dkt. #64). In their motion, plaintiffs request leave to submit the In re Zoran Corp. Derivative Litig., 2007 U.S. Dist. Lexis 43402 (N.D. Cal. June 5, 2007) decision to support their opposition to defendant F5's motion to dismiss. The Court considered the In re Zoran Corp. decision in its August 6, 2007 Order Granting F5's Motion to Dismiss for Failure to Make Demand. See Dkt. #69 at 17 (citing In re Zoran Corp., 2007 U.S. Dist. Lexis 43402, at *35-36). Therefore, plaintiffs' motion (Dkt. #64) is DENIED AS MOOT.

DATED this 6th day of November, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING AS MOOT PLAINTIFFS'
MOTION TO FILE SUPPLEMENTAL MATERIAL